*Tuesday, June 9, 1998*

## MOTION DOCKET

**96–2455.  State v. Keene.**
Montgomery App. No. 14375.  On June 4, 1998, counsel for appellant filed a motion for stay of execution set for August 11, 1998.  In the proof of service contained in the motion, counsel certifies that a true and accurate copy of the motion was delivered to the Clerk of the Supreme Court rather than certifying that a copy of the motion was served upon other parties to the case as required by S.Ct.Prac.R. XIV(2)(A).  Accordingly,

IT IS ORDERED by the court, *sua sponte*, that appellant's motion for stay of execution be, and hereby is, stricken.

**97–1880.  Worthington City School Dist. Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 96–D–1218.  This cause is pending before the court as an appeal from the Board of Tax Appeals.

IT IS ORDERED by the court, *sua sponte*, that this cause be consolidated for oral argument with Supreme Court case Nos. 97–2423, *Mirge Corp., d.b.a. Electrical Mechanics v. Hamilton Cty. Bd. of Revision et al.*, 98–758, *Cleveland Hts./Univ. Hts. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision;*  and 98–704, *Bisset Steel Co. v. Cuyahoga Cty. Bd. of Revision et al.*

IT IS FURTHER ORDERED by the court, *sua sponte*, that oral argument be extended to twenty minutes per side.

**97–2423.  Mirge Corp. v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 97–P–1026.  This cause is pending before the court as an appeal from the Board of Tax Appeals.

IT IS ORDERED by the court, *sua sponte*, that this cause be consolidated for oral argument with Supreme Court case Nos. 97–1880, *Worthington City School Dist. Bd. of Edn. v. Franklin Cty. Bd. of Revision et al.;*  98–758, *Cleveland Hts./Univ. Hts. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision et al.;*  and 98–704, *Bisset Steel Co. v. Cuyahoga Cty. Bd. of Revision et al.*

IT IS FURTHER ORDERED by the court, *sua sponte*, that oral argument be extended to twenty minutes per side.

**98–704.  Bisset Steel Co. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 96–P–959.  This cause is pending before the court as an appeal from the Board of Tax Appeals.

IT IS ORDERED by the court, *sua sponte*, that this cause be consolidated for oral argument with Supreme Court case Nos. 97–1880, *Worthington City School Dist. Bd. of Edn. v. Franklin Cty. Bd. of Revision et al.;*  97–2423, *Mirge Corp., d.b.a. Electrical Mechanics v. Hamilton Cty. Bd. of Revision et al.;*  and 98–758, *Cleveland Hts./Univ. Hts. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision et al.*

IT IS FURTHER ORDERED by the court, *sua sponte*, that oral argument be extended to twenty minutes per side.

**98–758.  Cleveland Hts./Univ. Hts. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 95–D–1124, 95–D–1125, 95–D–1126, 95–D–1127, 95–D–1128, 95–D–1129 and 95–D–1130.  This cause is pending before the court as an appeal from the Board of Tax Appeals.

IT IS ORDERED by the court, *sua sponte*, that this cause be consolidated for oral argument with Supreme Court case Nos. 97–1880, *Worthington City School Dist. Bd. of Edn. v. Franklin Cty. Bd. of Revision et al.;*  97–2423, *Mirge Corp., d.b.a. Electrical Mechanics v. Hamilton Cty. Bd. of Revision et al.;*  and 98–704, *Bisset Steel Co. v. Cuyahoga Cty. Bd. of Revision et al.*

IT IS FURTHER ORDERED by the court, *sua sponte*, that oral argument be extended to twenty minutes per side.